ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                          )
                                                      )
NMS Management, Inc.                                  )          ASBCA No.  61519
                                                      )
Under Contract No.  N00244-15-C-0020       )

APPEARANCES FOR THE APPELLANT:          Johnathan M. Bailey, Esq.
                                        Hector M. Benavides, Esq.
                                          Bailey & Bailey, P.C.
                                          San Antonio, TX


APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                      Navy Chief Trial Attorney
                                     Kevin Lyster, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 17, 2020

_____
OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61519, Appeal of NMS Management, Inc., rendered in conformance with the Board's Charter.

Dated: April 17, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals